FILED

07 SEP 26 AM 9:30

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '07 MJ 2317 |
| vs. | COMPLAINT FOR VIOLATIONS OF |
| SIERRA-Ramirez, Jorge | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about September 24, 2007, within the Southern District of California, defendant Jorge SIERRA-Ramirez did knowingly and intentionally import approximately 160.02 kilograms (352.04 pounds) of marijuana (a Schedule I Controlled Substance) into the United States from a place outside thereof, in violation of Title 21, United States Code, Section(s) 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

William D. Thompson

Signature of Complainant
Special Agent, U.S. Immigration and Customs Enforcement, Customs Inv.

Sworn to before me and subscribed in my presence, this 26th day of Sept 2007.

U.S. MAGISTRATE JUDGE

CEM

## PROBABLE CAUSE STATEMENT

On September 24, 2007, at approximately 5:00 p.m., Jorge SIERRA-Ramirez entered the United States from Mexico through lane eight (8) at the Otay Mesa, California (CA) Port of Entry (POE), Truck Crossing, as the driver of an International tractor, bearing CA/US license plates 9B37926, hauling an empty sea container bearing Tennessee (TN/US) plate T713210. Upon receipt of a computer generated referral and negative Customs declaration, Customs and Border Protection Officers (CBPO) Gilbert Pedregon and Paulo Morales referred SIERRA-Ramirez and the vehicle to the Intensive Dock for further inspection.

On September 24, 2007, at approximately 5:30 p.m., while conducting a sweep of the Intensive Dock inspection area, CBPO Benjamin Joseph's assigned Narcotic/Human Detection Dog, "Cono," (CE-03), alerted and responded to a narcotic odor emanating from the passenger side gas tank area of the International. The International was subsequently sent to the truck X-ray for further inspection.

On September 24, 2007, at approximately 6:40 p.m., CBPO Jayne Heimann conducted an X-ray scan of the International tractor and immediately noticed compartments within each fuel tank and what appeared to be rows of packages. SIERRA-Ramirez and the vehicle were then escorted by CBPO Antonio Manuel back to the Intensive Dock.

On September 24, 2007, at approximately 7:30 p.m., CBPO Hector Herrera drilled into a glass-cased compartment inside one (1) of the fuel tanks and upon removal of the bit, he observed a green leafy substance on the end. CBPO Herrera proceeded to field test the substance that returned positive for marijuana. Due to the diesel fuel and the hazardous nature associated with accessing the fuel tanks, the tractor was secured overnight in the Otay Mesa vault.

On September 24, 2007, at approximately 10:45 p.m., United States Immigration and Customs Enforcement (ICE) Special Agent (S/A) William Thompson arrested SIERRA-Ramirez.

CEM

SIERRA-Ramirez was charged with violations of Title 21, United States Code, Section(s) 952 and 960, Importation of a Controlled Substance, and subsequently transported and booked into the Metropolitan Correctional Center (MCC), San Diego, CA.

On September 25, 2007, at approximately 9:30 a.m., with the assistance of American Towing, a contracted mechanic, CBPO Herrera accessed both diesel fuel tanks of the International and discovered a glass-cased compartment within each. CBPO Herrera removed six (6) black plastic-wrapped packages containing marijuana from each glass-cased compartment. The total weight of the twelve (12) packages was approximately 160.02 kilograms (352.04 lbs).