FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JORGE SIERRA-RAMIREZ, Defendant. | ) | Criminal Case No. '07 CR 2945 DMS |
| | ) | I N F O R M A T I O N |
| | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about September 24, 2007, within the Southern District of California, defendant JORGE SIERRA-RAMIREZ, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 160.02 kilograms (352.04 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/30/07.

KAREN P. HEWITT
United States Attorney

for

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
10/29/07