Sierra-Ramirez Jorge
Reg. No. 05136-298
California City C.I.
P.O. Box 3001-0001
California City, CA 93504

FILED
2008 MAY -6 PM 3:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

UNITED STAES OF AMERICA, ) CASE NO. '07 CR 2945 DMS
) (to be suplied by the clerk)

Vs.

Sierra-Ramirez Jorge,
Movant.

Comes now, movant Sierra-Ramirez Jorge acknowledging this Honorable Court of his recent tranfer form Florence Az. C.C.A. To; California City C.C.A. P.O Box 3001-0001 California City, CA 93504.

Please, forward all notifications to the aforemention address.

Respectfully Submitted, [signature]

Date 04/14/2008.